JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-F 08-224-OWW |
| ) | |
| Plaintiff, ) | ORDER RE:  DEFENDANT GARY ERMOIAN'S MOTION TO EXCLUDE ANY STATEMENT OF HIS CO-DEFENDANTS THAT MENTIONS ERMOIAN UNDER *BRUTON v. UNITED STATES*, 391 U.S. 123 (1968) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| GARY ERMOIAN, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Hon. Oliver W. Wanger |

At a hearing on July 12, 2010, the Court heard, among other motions, defendant Gary Ermoian's motion to exclude any statement of co-defendants Swanson and Johnson that mentions Ermoian under *Bruton v. United States*, 391 U.S. 123 (1968) (document 503), which was filed July 2, 2010.  Assistant U.S. Attorneys Mark E. Cullers and Laurel J. Montoya appeared for the government and attorney John Balazs  appeared for Mr. Ermoian.  Attorney Carl Faller appeared for defendant Steven J. Johnson and attorney Robert Forkner appeared for defendant Dave A. Swanson.

At the hearing, the Court asked the parties to submit the contested statements for the Court's review prior to ruling.  Pursuant to the agreement of the parties, the Court hereby adopts the following further schedule on the *Bruton* motion:

Defendants' supplemental brief with statements sought to be excluded is due July 21, 2010;

Government's response is due July 28, 2010; and

Further hearing on the motion is set for August 2, 2010, at 2:30 p.m.

IT IS SO ORDERED.

Dated:   7/22/2010

                                         /s/ OLIVER W. WANGER
                                         Hon. Oliver W. Wanger
                                         United States District Judge