JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-F 08-224-OWW |
| ) | |
| Plaintiff, ) | ORDER RE:  DEFENDANT GARY |
| ) | ERMOIAN'S MOTION FOR |
| v. ) | DISCOVERY OF *BRADY* MATERIAL |
| ) | REGARDING THE SO-CALLED |
| GARY ERMOIAN, et. al., ) | OFFICER SAFETY BULLETIN |
| ) | |
| Defendants. ) | Hon. Oliver W. Wanger |
| _____ ) | |

At a hearing on July 12, 2010, the Court heard, among other motions, defendant Gary Ermoian's motion for discovery of *Brady* material regarding the so-called officer safety bulletin and other *Brady* material (document 505), which was filed July 3, 2010. Assistant U.S. Attorneys Mark E. Cullers and Laurel J. Montoya appeared for the government and attorney John Balazs  appeared for Mr. Ermoian.  Attorney Carl Faller appeared for defendant Steven J. Johnson and attorney Robert Forkner appeared for defendant Dave A. Swanson.

After hearing argument of counsel, IT IS HEREBY ORDERED that defendant's motion is granted, in part.  The government agreed to conduct a diligent search of the relevant investigating agencies' files to determine whether the government possesses any information showing that the Officer Safety Bulletin had not been produced and

maintained confidentially by law enforcement officers.  In doing so, the questions set forth in Ermoian's motion for discovery may provide guidance for the government's review.  If any information existed to show that the Bulletin was not maintained in a confidential manner, the government shall promptly disclose the information to defense counsel.

Dated:  _7/22/2010__

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Judge