JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-F 08-224-OWW |
| Plaintiff, | ORDER RE:  DEFENDANT GARY ERMOIAN'S MOTION TO RECONSIDER THE COURT'S DENIAL OF HIS MOTION TO DISMISS COUNT 16 |
| v. | |
| GARY ERMOIAN, et. al., | |
| Defendants. | Hon. Oliver W. Wanger |

At a hearing on July 12, 2010, the Court heard, among other motions, defendant Gary Ermoian's motion to reconsider the Court's denial of his motion to dismiss count 16 of the Second Superseding Indictment as unconstitutionally vague in light of *Skilling v. United States*, No. 08-1394 (U.S. June 24, 2010) (document 502), which was filed June 29, 2010.  Assistant U.S. Attorneys Mark E. Cullers and Laurel J. Montoya appeared for the government and attorney John Balazs  appeared for Mr. Ermoian.  Attorney Carl Faller appeared for defendant Steven J. Johnson and attorney Robert Forkner appeared for defendant Dave A. Swanson.

After hearing argument of counsel, IT IS HEREBY ORDERED that defendant's motion for reconsideration is denied as the *Skilling* case does not change the Court's prior
///

ruling on the motion to dismiss.

Dated:   7/22/2010

        /s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Judge